(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GENOA TRUCKING INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-3999757 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>11257 SOUTH HALSTED ST.<br>CHICAGO ILLINOIS 60628 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   COOK | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>17245 DOBSON AVENUE<br>SOUTH HOLLAND, ILLINOIS 60473 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>[ ] Individual(s)   [ ] Railroad<br>[X] Corporation   [ ] Stockbroker<br>[ ] Partnership   [ ] Commodity Broker<br>[ ] Other _____   [ ] Clearing Bank | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>[ ] Chapter 7   [X] Chapter 11   [ ] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>[ ] Consumer/Non-Business   [X] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[X] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative exper be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 [X] | 16-49 [ ] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] | |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [X] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,001 to $100 [ ] |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [X] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] | $50,00 to $100 [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/19/2004
Time: 9:50:04
Debtor: GENOA TRUCKING INC
Case: 04-15295   Fee : 839
Chapter: 11   Rec. # : 3075744
Judge: Carol Doyle

1:04BK15295-BK001

(Official Form 1) (12/02)                                                                                FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: ILLINOIS | Case Number: 03-50588 | Date Filed: 12/17/03 |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: BARBARA MANNING | Case Number: 03-46120 / 04-05035 | Date Filed: 11/17/03 DIS. / 2-10-04 |
| District: NORTHERN DISTRICT OF ILLINOIS | Relationship: PRESIDENT OF COR | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X _A New attorney_
Signature of Attorney for Debtor(s)
_Will make an appearance_
Printed Name of Attorney for Debtor(s)
_for the 341 meeting_
Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Barbara Manning_
Signature of Authorized Individual
_BARBARA MANNING_
Printed Name of Authorized Individual
_PRESIDENT_
Title of Authorized Individual
_4-14-04_
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_BARBARA MANNING_
Printed Name of Bankruptcy Petition Preparer
_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_
Social Security Number
_17245 DOBSON AVE._
Address _SOUTH HOLLAND, IL 60473_

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Barbara Manning_
Signature of Bankruptcy Petition Preparer
_4-14-04_
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

GENOA TRUCKING INC.

20 LARGEST CREDITIORS

1. WELLS FARGO EQUIPMENT FINANCE
   733 MARQUETTE AVENUE STE 700
   MINNEAPOLIS, MINNESOTA
   ATT: DAVE BROOKS
   VIA FAX: 612)667-8284
   ACCT:0010074605700

   PIT BOSS     $17000.00
   DUMP TRAIL-
   ER
   VALUE:
   30,000.00

2. CENTER CAPITAL
   3 FARM GLEN BLVD.
   FARMINGTON, CONNETICUT
   ATT: AMY LEVY
   VIA FAX: 860)6771888
   ACCT:028298001

   TRACTOR     $48000.00
   TRUCK
   PETERBILT 379
   VALUE:
   50,000.00

3. MOBILE MINI
   COLLECTION DEPARTMENT
   7420 SOUTH KYRENE RD.
   STE. 101
   TEMPE, AZ. 852283

   MOBILE      $2250.27
   UNIT
   VALUE:
   4000.00

4. WILLIE C. STACY
   1700 EAST 156TH ST.
   DALTON, ILLINOIS 60419

   SUBCONTRACTOR
                $7600.00

5. HENRY ABERNATHY
   185 EAST 151TH ST.
   HARVEY, ILLINOIS 60426

   WAGES        $1.00