**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-15295 |
| | § | |
| Genoa Trucking Inc. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 04/19/2004. The case was converted to one under Chapter 7 on 09/07/2004. The undersigned trustee was appointed on 09/07/2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $12,626.80

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $39.94 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $12,586.86 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/12/2007 and the deadline for filing government claims was 04/12/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,012.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,012.26, for a total compensation of $2,012.26[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2011      By:   /s/ Horace Fox, Jr.
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | | Date Filed (f) or Converted (c): | 09/07/2004 (c) |
| For the Period Ending: | 7/19/2011 | | | §341(a) Meeting Date: | 10/19/2004 |
| | | | | Claims Bar Date: | 04/12/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | checking account | $250.00 | $250.00 | DA | $0.00 | FA |
| 2 | accounts receivable | $145,000.00 | $145,000.00 | | $12,300.72 | FA |
| Asset Notes: | while case was a non operating chapter 11 the 6.23.04 court ordered the city of Chicago to pay: Westbrook, $92,000.00 instanter;$21575.06 to the debt05, instanter; Westbrook $5, 000.00 for transfer to the 59th & Wentworth Currency Exchange and upon its next disbursement $15,600.00 to Westbrook and $15,600.00 to debtor. The case was converted to a chapter 7 on 9.7.04 | | | | | |
| 3 | currency | $200.00 | $200.00 | DA | $0.00 | FA |
| 4 | 1977 Mack Truck | $7,000.00 | $7,000.00 | DA | $0.00 | FA |
| Asset Notes: | oned by debtor, stolen before conversion. | | | | | |
| 5 | 1981 Mack Dump truck | $8,000.00 | $8,000.00 | DA | $0.00 | FA |
| Asset Notes: | onwed by debtor, stolen before conversion. | | | | | |
| 6 | 1983 Mack dump truck | $7,500.00 | $7,500.00 | DA | $0.00 | FA |
| Asset Notes: | Manning testified it was destroyed during the ch 11. | | | | | |
| 7 | 1988 Mack dump truck | $10,000.00 | $10,000.00 | DA | $0.00 | FA |
| Asset Notes: | owned by debtor, stolen before conversion. | | | | | |
| 8 | 1989 Mack dump truck | $10,000.00 | $10,000.00 | DA | $0.00 | FA |
| Asset Notes: | Owned by Genoa. Said to have been stolen prior to ch 7. | | | | | |
| 9 | 1990 Mack dump truck | $8,000.00 | $8,000.00 | DA | $0.00 | FA |
| Asset Notes: | Onwed by debtor, stolen. | | | | | |
| 10 | 1993 Mack dump truck | $15,000.00 | $15,000.00 | DA | $0.00 | FA |
| Asset Notes: | Onwed by debtor stolen before conversion. | | | | | |
| 11 | 1995 Mack dump truck | $12,000.00 | $12,000.00 | DA | $0.00 | FA |
| Asset Notes: | owned by debtor, stolen before conversion. | | | | | |
| 12 | 2000 Peterbilt 379 truck | $50,000.00 | $5,000.00 | DA | $0.00 | FA |
| Asset Notes: | Center Capital financed the vehicle, later said to have been stolen fmv 50000. lien 45000. Creditor modified stay 5.25.04 | | | | | |
| 13 | 2000 Pit Boss dump trailer | $40,000.00 | $8,000.00 | DA | $0.00 | FA |
| Asset Notes: | in amended sch b, date stamped 6.21.04, the value of this asset was amended to 40,000.00 with a lien of 32,000. | | | | | |
| 14 | mobile storage unit | $4,000.00 | $1,750.00 | DA | $0.00 | FA |
| Asset Notes: | in an amended schedule b, file stamped 6.21.04 the mobile storage unit disappeared from sch. b. | | | | | |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $326.08 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 04-15295 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | Date Filed (f) or Converted (c): | 09/07/2004 (c) |
| For the Period Ending: | 7/19/2011 | §341(a) Meeting Date: | 10/19/2004 |
| | | Claims Bar Date: | 04/12/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**                                                                                                                                                                                   **Gross Value of Remaining Assets**

|  | $316,950.00 | $237,700.00 | | $12,626.80 | $0.00 |

**Major Activities affecting case closing:**

Genoa Trucking was involved in the hired truck program.  Debtor did work for several City department.  We have served a subpoena on the City of Chicago, for receivables due debtor.
The owner of debtor has herself filed a bankruptcy.  Collection continues.  Contacted three City departments said to owe estate.
File motion to abandon remainder of assets, appoint accountant. Status continued to 7.23.08. Asked atty to prepare motion to abandon a/rs and vehicles.
Abandon the remainder of a/r and vehicles.
Status 9.17.08
Claim objections being prepared.  No taxes needed.  9 objections being prepared.
File 9 claim objections.  Status: 4.22.09.
Former driverJess Hayes, says he saw the vouchers for City of Chgo Water Dept., from 1/03 through 5/03 and they had not been submitted to the City.  I have issued a subpoena to the
City and gotten funds for which we had voucher numbers.  Original vouchers destroyed in a flood of the Genoa office verified by this driver and B. Manning (former CEO).

Accountant hired, claims objections ruled on.
8.18.09 Signed and mailed tax waiver letters to IRS reminded accountant and attorney of request for their fee apps for filing with court at time final report submitted to UST.
Series of objections filed and ruled on. Motion to hire accountant filed.  Final report submitted to UST.  5,20.10  Make corrections suggested by UST, pay taxing bodies that are owed
funds attendant to payment of employee claims.
Bill Hacney and I  spoke.  Need to submit amended finalr report.5.9.11

| **Initial Projected Date Of Final Report (TFR):** | 02/01/2006 | **Current Projected Date Of Final Report (TFR):** | 02/28/2011 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-15295 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9757 | | Money Market Acct #: | ******8178 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Interest earning MMA Account |
| For Period Beginning: | 4/19/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/19/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2005 | (2) | CITY OF CHGO/ WATER DEPT | a/r from City of Chgo | 1121-000 | $9,000.72 | | $9,000.72 |
| 06/16/2005 | (2) | CITY OF CHGO | a/r from City of Chgo | 1121-000 | $3,300.00 | | $12,300.72 |
| 06/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $0.84 | | $12,301.56 |
| 07/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $2.60 | | $12,304.16 |
| 08/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.28 | | $12,310.44 |
| 09/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.07 | | $12,316.51 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.28 | | $12,322.79 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.08 | | $12,328.87 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.28 | | $12,335.15 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.29 | | $12,341.44 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.79 | | $12,350.23 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.49 | | $12,360.72 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $9.43 | $12,351.29 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.15 | | $12,361.44 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.51 | | $12,371.95 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.17 | | $12,382.12 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.52 | | $12,392.64 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.53 | | $12,403.17 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.18 | | $12,413.35 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.55 | | $12,423.90 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.21 | | $12,434.11 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.56 | | $12,444.67 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.57 | | $12,455.24 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $9.55 | | $12,464.79 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.59 | | $12,475.38 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $9.90 | $12,465.48 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.25 | | $12,475.73 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.60 | | $12,486.33 |
| | | | | **SUBTOTALS** | $12,505.66 | $19.33 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9757 | | | Money Market Acct #: | ******8178 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Interest earning MMA Account |
| For Period Beginning: | 4/19/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/19/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.26 | | $12,496.59 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.62 | | $12,507.21 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.62 | | $12,517.83 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $7.97 | | $12,525.80 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $7.98 | | $12,533.78 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $1.56 | | $12,535.34 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $12,535.34 | $0.00 |
| | | | **TOTALS:** | | $12,554.67 | $12,554.67 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $12,535.34 | |
| | | | Subtotal | | $12,554.67 | $19.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $12,554.67 | $19.33 | |

| For the period of 4/19/2004 to 7/19/2011 | | For the entire history of the account between 06/16/2005 to 7/19/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,554.67 | Total Compensable Receipts: | $12,554.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,554.67 | Total Comp/Non Comp Receipts: | $12,554.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $19.33 | Total Compensable Disbursements: | $19.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19.33 | Total Comp/Non Comp Disbursements: | $19.33 |
| Total Internal/Transfer Disbursements: | $12,535.34 | Total Internal/Transfer Disbursements: | $12,535.34 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | | | Checking Acct #: | ******5295 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/19/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/19/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******5295 | Transfer For Bond Payment | 9999-000 | $11.48 | | $11.48 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $11.48 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******5295 | Transfer For Bond Payment | 9999-000 | $9.13 | | $9.13 |
| 04/02/2009 | | Transfer From MMA # ******5295 | Transfer For Bond Payment | 9999-000 | $9.13 | | $18.26 |
| 04/02/2009 | | Transfer To Acct#******5295 | | 9999-000 | | $9.13 | $9.13 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.13 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($9.13) | $9.13 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.13 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $29.74 | $29.74 | $0.00 |
| Less: Bank transfers/CDs | $29.74 | $9.13 | |
| Subtotal | $0.00 | $20.61 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $0.00 | $20.61 | |

| For the period of 4/19/2004 to 7/19/2011 | | For the entire history of the account between 03/31/2008 to 7/19/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $29.74 | Total Internal/Transfer Receipts: | $29.74 |
| | | | |
| Total Compensable Disbursements: | $20.61 | Total Compensable Disbursements: | $20.61 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.61 | Total Comp/Non Comp Disbursements: | $20.61 |
| Total Internal/Transfer Disbursements: | $9.13 | Total Internal/Transfer Disbursements: | $9.13 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 04-15295 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | | Money Market Acct #: | ******5295 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/19/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $12,535.34 | | $12,535.34 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $4.74 | | $12,540.08 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $6.39 | | $12,546.47 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $6.07 | | $12,552.54 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $4.97 | | $12,557.51 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $4.87 | | $12,562.38 |
| 04/02/2008 | | Transfer To # ******5295 | Transfer For Bond Payment | 9999-000 | | $11.48 | $12,550.90 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $4.12 | | $12,555.02 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.25 | | $12,559.27 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $4.12 | | $12,563.39 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.95 | | $12,567.34 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $3.19 | | $12,570.53 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $3.09 | | $12,573.62 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.44 | | $12,576.06 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.61 | | $12,577.67 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.34 | | $12,579.01 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.07 | | $12,580.08 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.97 | | $12,581.05 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.83 | | $12,581.88 |
| 04/02/2009 | | Transfer From Acct#******5295 | | 9999-000 | $9.13 | | $12,591.01 |
| 04/02/2009 | | Transfer To # ******5295 | Transfer For Bond Payment | 9999-000 | | $9.13 | $12,581.88 |
| 04/02/2009 | | Transfer To # ******5295 | Transfer For Bond Payment | 9999-000 | | $9.13 | $12,572.75 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.52 | | $12,573.27 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.53 | | $12,573.80 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.52 | | $12,574.32 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.53 | | $12,574.85 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.53 | | $12,575.38 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.52 | | $12,575.90 |
| | | | **SUBTOTALS** | | $12,605.64 | $29.74 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GENOA TRUCKING INC. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | | | Money Market Acct #: | ******5295 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/19/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.53 | | $12,576.43 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.52 | | $12,576.95 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.53 | | $12,577.48 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.53 | | $12,578.01 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.48 | | $12,578.49 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.53 | | $12,579.02 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.52 | | $12,579.54 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.53 | | $12,580.07 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.52 | | $12,580.59 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.53 | | $12,581.12 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.53 | | $12,581.65 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.52 | | $12,582.17 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.53 | | $12,582.70 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.52 | | $12,583.22 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.53 | | $12,583.75 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.53 | | $12,584.28 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.48 | | $12,584.76 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.53 | | $12,585.29 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.52 | | $12,585.81 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.53 | | $12,586.34 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.52 | | $12,586.86 |
| | | | | **SUBTOTALS** | $10.96 | $0.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-15295 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | | Money Market Acct #: | ******5295 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/19/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $12,616.60 | $29.74 | $12,586.86 |
| | | | Less: Bank transfers/CDs | | $12,544.47 | $29.74 | |
| | | | **Subtotal** | | $72.13 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $72.13 | $0.00 | |

| For the period of 4/19/2004 to 7/19/2011 | | For the entire history of the account between 11/08/2007 to 7/19/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $72.13 | Total Compensable Receipts: | $72.13 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $72.13 | Total Comp/Non Comp Receipts: | $72.13 |
| Total Internal/Transfer Receipts: | $12,544.47 | Total Internal/Transfer Receipts: | $12,544.47 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $29.74 | Total Internal/Transfer Disbursements: | $29.74 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-15295 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | | Money Market Acct #: | ******5295 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/19/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $12,626.80 | $39.94 | $12,586.86 |

**For the period of 4/19/2004 to 7/19/2011**

| | |
|---|---|
| Total Compensable Receipts: | $12,626.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,626.80 |
| Total Internal/Transfer Receipts: | $12,574.21 |
| | |
| Total Compensable Disbursements: | $39.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39.94 |
| Total Internal/Transfer Disbursements: | $12,574.21 |

**For the entire history of the case between 09/07/2004 to 7/19/2011**

| | |
|---|---|
| Total Compensable Receipts: | $12,626.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,626.80 |
| Total Internal/Transfer Receipts: | $12,574.21 |
| | |
| Total Compensable Disbursements: | $39.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39.94 |
| Total Internal/Transfer Disbursements: | $12,574.21 |

| Case No.: | 04-15295 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GENOA TRUCKING INC. | | | | | | | | Date: | 7/19/2011 |
| Claims Bar Date: | 04/12/2007 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe #1004 Chicago IL 60603 | 08/18/2009 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,012.26 | $2,012.26 | $0.00 | $0.00 | $0.00 | $2,012.26 |
| **Claim Notes:** | reduced by 1/4 | | | | | | | | | | | |
| | POPOWCER KATTEN, LTD 35 East Wacker Drive Suite 1550 Chicago IL 60601 | 08/18/2009 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,257.50 | $2,257.50 | $0.00 | $0.00 | $0.00 | $2,257.50 |
| | SMITHAMUNDSEN LLC 150 N. Michigan #3300 Chicago IL 60601 | 08/18/2009 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $4,000.00 | $3,150.00 | $0.00 | $0.00 | $0.00 | $3,150.00 |
| | SMITHAMUNDSEN LLC 150 N. Michigan #3300 Chicago IL 60601 | 08/21/2009 | Attorney for Trustee Fees (Other Firm) | Allowed | 3220-000 | $0.00 | $352.00 | $352.00 | $0.00 | $0.00 | $0.00 | $352.00 |
| | MANDELL MENKES LLC 333 W. Wacker # 300 Chicago IL 60606 | 08/21/2009 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,500.00 | $2,650.50 | $0.00 | $0.00 | $0.00 | $2,650.50 |
| | MANDELL MENKES LLC 333 W. Wacker # 300 Chicago IL 60606 | 08/21/2009 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $90.73 | $90.73 | $0.00 | $0.00 | $0.00 | $90.73 |
| | INTERNAL REVENUE SERVICE | 08/25/2009 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $363.35 | $363.35 | $0.00 | $0.00 | $0.00 | $363.35 |
| **Claim Notes:** | This was not a filed claim. It consists of the social security, medicare and unemployment portions of taxes generated by the payment of wage claims. | | | | | | | | | | | |
| | ILLINOIS DEPT OF EMPLOYMENT SECURIT | 08/25/2009 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | INTERNAL REVENUE SERVICE | 08/25/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,785.77 | $6,785.77 | $0.00 | $0.00 | $0.00 | $6,785.77 |

| Case No.: | 04-15295 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GENOA TRUCKING INC. | | | | | | | Date: | 7/19/2011 |
| Claims Bar Date: | 04/12/2007 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | POPOWCER KATTEN, LTD.<br><br>35 E. Wacker, #1550<br>Chicago IL 60601-2207 | 11/12/2010 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| 1 | STEVE'S EQUIPMENT SERVICE INC<br>SCOTT T CHASE NIGRO & WESTFALL<br>1793 BLOOMINGTON ROAD<br>GLENDALE HEIGHTS IL 60139 | 05/25/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,510.02 | $6,510.02 | $0.00 | $0.00 | $0.00 | $6,510.02 |
| 2 | CENTER CAPITAL CORPORATION<br>Dennis A Dressler ESq<br>c/o Askounis & Borst PC<br>303 E Wacker Drive Ste 1000<br>Chicago IL 60601 | 05/26/2004 | Real Estate - Consensual Liens | Disallowed | 7100-000 | $0.00 | $48,345.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim objected to and valued as zero as secured claim.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE<br>230 S DEARBORN STOP 5016 CHI<br>CHICAGO IL 60604 | 07/14/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $845.68 | $845.68 | $0.00 | $0.00 | $0.00 | $845.68 |
| 3A | INTERNAL REVENUE SERVICE<br>230 S DEARBORN STOP 5016 CHI<br>CHICAGO IL 60604 | 07/14/2004 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $2,613.11 | $2,613.11 | $0.00 | $0.00 | $0.00 | $2,613.11 |
| 4 | CITY OF CHICAGO<br>333 S State Street, Ste 540<br>CHICAGO IL 60604 | 07/15/2004 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $3,063.49 | $3,063.49 | $0.00 | $0.00 | $0.00 | $3,063.49 |
| 5 | CITY OF CHICAGO<br>333 S State Street, Ste 540<br>CHICAGO IL 60604 | 07/15/2004 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $4,799.20 | $4,799.20 | $0.00 | $0.00 | $0.00 | $4,799.20 |

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No.: | 04-15295 | | | | | | Trustee Name: | | Horace Fox, Jr. | | |
| Case Name: | GENOA TRUCKING INC. | | | | | | Date: | | 7/19/2011 | | |
| Claims Bar Date: | 04/12/2007 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | HENRY ABERNATHY  12504 S WALLACE  CHICAGO IL 60628 | 07/20/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,956.00 | $17,956.00 | $0.00 | $0.00 | $6,401.31 | $11,554.69 |

**Claim Notes:**   Claim objected to and disallowed as a priority claim and shall be allowed only as a general unsecured claim

| 7 | WELLS FARGO EQUIP FINANCE  C/O ANDREW D WAGNER  355 S GRAND AVENUE 2900  LOS ANGELES CA 90071 | 08/30/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |

**Claim Notes:**   Claim objected to and zero payment should be made as secured claim.

| 7A | WELLS FARGO EQUIP FINANCE  C/O ANDREW D WAGNER  355 S GRAND AVENUE 2900  LOS ANGELES CA 90071 | 08/30/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,000.00 | $17,000.00 | $0.00 | $0.00 | $0.00 | $17,000.00 |

**Claim Notes:**   Claim objected to an valued at zero, secured.

| 8 | HENRY ABERNATHY  12504 S WALLACE  CHICAGO IL 60628 | 12/21/2004 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $17,956.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Claim objected to and is disallowed as a duplicate of claims 6.

| 9 | HEALTH & WELFARE FUND OF THE EXCAVA GRADING &  BAUM SIGMAN AUERBACH & NEUMAN LTD  200 W ADAMS STREET SUITE 2200  CHICAGO IL 60606 | 02/02/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,231.48 | $10,231.48 | $0.00 | $0.00 | $0.00 | $10,231.48 |

**Claim Notes:**   claim import amounts incorrect, pull claims. Corrected per amended claim.

CLAIM ANALYSIS REPORT

Page No: 4    Exhibit C

| Case No. | 04-15295 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GENOA TRUCKING INC. | | | | | | | Date: | 7/19/2011 |
| Claims Bar Date: | 04/12/2007 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | HEALTH & WELFARE FUND OF THE EXCAVATING GRADING & <br> BAUM SIGMAN AUERBACH & NEUMAN LTD <br> 200 W ADAMS STREET SUITE 2200 <br> CHICAGO IL 60606 | 02/02/2005 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $19,957.40 | $19,957.40 | $0.00 | $0.00 | $0.00 | $19,957.40 |

**Claim Notes:**   claim import amounts incorrect, pull actual claim.

| 10 | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION <br> BAUM SIGMAN AUERBACH & NEUMAN LTD <br> 200 W ADAMS STREET SUITE 2200 <br> CHICAGO IL 60606 | 02/02/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,062.08 | $4,062.08 | $0.00 | $0.00 | $0.00 | $4,062.08 |
| 10A | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION <br> BAUM SIGMAN AUERBACH & NEUMAN LTD <br> 200 W ADAMS STREET SUITE 2200 <br> CHICAGO IL 60606 | 02/02/2005 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $20,310.40 | $20,310.40 | $0.00 | $0.00 | $0.00 | $20,310.40 |
| 11 | JANE SIZER <br> 15356 9TH AVENUE <br> PHOENIX IL 60420 | 02/28/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,300.00 | $4,300.00 | $0.00 | $0.00 | $1,532.95 | $2,767.05 |

**Claim Notes:**   Claim objected to and shall not be paid as priority, but only as non priority unsecured claim.

| 12 | WILLIE SMITH <br> 7131 S WOLCOTT <br> CHICAGO IL 60636 | 03/10/2005 | Wages - 507(a)(3) | Allowed | 5300-000 | $0.00 | $4,300.00 | $4,300.00 | $0.00 | $0.00 | $1,532.95 | $2,767.05 |

**Claim Notes:**   Claim objected to and dissallowed in the amount of 10,000 priority, but allowed in the amount of 4300.00 priority.

| 13 | LEON HALL <br> 14414 S EGGLESTON <br> RIVERDALE IL 60827 | 03/21/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,000.00 | $19,000.00 | $0.00 | $0.00 | $6,773.50 | $12,226.50 |

**Claim Notes:**   Claim objected to and dissallowed in its entirety as a priority claim

| Case No. | 04-15295 | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GENOA TRUCKING INC. | | | | | Date: | 7/19/2011 |
| Claims Bar Date: | 04/12/2007 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ADAM EZELL<br><br>1135 KESWICK VILLAGE COURTS<br>CONYERS GA 30013 | 03/28/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,349.00 | $3,349.00 | $0.00 | $0.00 | $1,193.92 | $2,155.08 |
| **Claim Notes:** | Claim objected to and disallowed as priority and allowed only as unsecured non-priority claim. | | | | | | | | | | | |
| 15 | JESSIE HAYDEN<br><br>2133 15WETH AVENUE<br>BROADVIEW IL 60155 | 04/15/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,200.00 | $18,200.00 | $0.00 | $0.00 | $6,488.30 | $11,711.70 |
| **Claim Notes:** | Claim objected to and disallowed as priority payment. | | | | | | | | | | | |
| 16 | HERBERT O'DANIEL<br><br>5935 Carpenter<br>Chicago IL 60621 | 08/13/2009 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Claim scheduled at zero, objected to and is disallowed in any priority or amount, no distribution to be made. | | | | | | | | | | | |
| 17 | INTERNAL REVENUE SERVICE<br>230 S DEARBORN<br>STOP 5016 CHI<br>CHICAGO IL 60604 | 04/27/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,456.15 | $1,456.15 | $0.00 | $0.00 | $0.00 | $1,456.15 |
| 17A | INTERNAL REVENUE SERVICE<br><br>230 S DEARBORN<br>STOP 5016 CHI<br>CHICAGO IL 60604 | 04/27/2005 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $1,302.27 | $1,302.27 | $0.00 | $0.00 | $0.00 | $1,302.27 |
| 18 | LEON HALL<br><br>14414 S EGGLESTON<br>RIVERDALE IL 60827 | 03/26/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,500.00 | $17,500.00 | $0.00 | $0.00 | $6,238.75 | $11,261.25 |
| 19 | MONROE SMITH<br><br>17245 DOBSON AVENUE<br>SOUTH HOLLANDS IL 60473 | 04/12/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| **Claim Notes:** | Claim objected to and shall be valued at zero as secured claim. But allowed as an unsecured claim. | | | | | | | | | | | |
| | | | | | | $363,924.42 | $295,923.89 | $0.00 | $0.00 | | $30,161.68 | $265,762.21 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 04-15295 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | GENOA TRUCKING INC. | **Date:** | 7/19/2011 |
| **Claims Bar Date:** | 04/12/2007 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| Accountant for Trustee Fees (Other Firm) | $2,257.50 | $2,257.50 | $0.00 | $0.00 | $0.00 | $2,257.50 |
| Attorney for Trustee Expenses (Other Firm) | $90.73 | $90.73 | $0.00 | $0.00 | $0.00 | $90.73 |
| Attorney for Trustee Fees (Other Firm) | $7,852.00 | $6,152.50 | $0.00 | $0.00 | $0.00 | $6,152.50 |
| Claims of Governmental Units - 507( | $52,409.22 | $52,409.22 | $0.00 | $0.00 | $0.00 | $52,409.22 |
| General Unsecured 726(a)(2) | $246,652.18 | $228,696.18 | $0.00 | $0.00 | $28,628.73 | $200,067.45 |
| Real Estate - Consensual Liens | $48,345.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $2,012.26 | $2,012.26 | $0.00 | $0.00 | $0.00 | $2,012.26 |
| Wages - 507(a)(3) | $4,300.00 | $4,300.00 | $0.00 | $0.00 | $1,532.95 | $2,767.05 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      04-15295
Case Name:     Genoa Trucking Inc.
Trustee Name:  Horace Fox, Jr.

Balance on hand:  $12,586.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $12,586.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,012.26 | $0.00 | $2,012.26 |
| Mandell Menkes LLC, Attorney for Trustee Fees | $2,650.50 | $0.00 | $2,650.50 |
| Mandell Menkes LLC, Attorney for Trustee Expenses | $90.73 | $0.00 | $90.73 |
| Popowcer Katten, Ltd, Accountant for Trustee Fees | $2,257.50 | $0.00 | $2,257.50 |
| Popowcer Katten, Ltd., Accountant for Trustee Expenses | $5.50 | $0.00 | $5.50 |
| Other: SmithAmundsen LLC, Attorney for Trustee Fees | $3,150.00 | $0.00 | $3,150.00 |
| Other: SmithAmundsen LLC, Attorney for Trustee Expenses | $352.00 | $0.00 | $352.00 |

Total to be paid for chapter 7 administrative expenses:  $10,518.49
Remaining balance:  $2,068.37

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $2,068.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $56,345.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Payment | Interim Payments to Date |
|---|---|---|---|---|
| 3A | INTERNAL REVENUE SERVICE | $2,613.11 | $0.00 | $0.00 |
| 4 | CITY OF CHICAGO | $3,063.49 | $0.00 | $0.00 |
| 5 | CITY OF CHICAGO | $4,799.20 | $0.00 | $0.00 |
| 9A | HEALTH & WELFARE FUND OF THE EXCAVATING GRADING & | $19,957.40 | $0.00 | $0.00 |
| 10A | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION | $20,310.40 | $0.00 | $0.00 |
| 12 | WILLIE SMITH | $4,300.00 | $2,068.37 | $0.00 |
| 17A | INTERNAL REVENUE SERVICE | $1,302.27 | $0.00 | $0.00 |

Total to be paid to priority claims:   $2,068.37
Remaining balance:   $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $221,910.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | STEVE'S EQUIPMENT SERVICE INC | $6,510.02 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | $845.68 | $0.00 | $0.00 |
| 6 | HENRY ABERNATHY | $17,956.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO EQUIP FINANCE | $1,500.00 | $0.00 | $0.00 |
| 7A | WELLS FARGO EQUIP FINANCE | $17,000.00 | $0.00 | $0.00 |
| 9 | HEALTH & WELFARE FUND OF THE EXCAVA | $10,231.48 | $0.00 | $0.00 |
| 10 | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION | $4,062.08 | $0.00 | $0.00 |

| 11 | JANE SIZER | $4,300.00 | $0.00 | $0.00 |
| 13 | LEON HALL | $19,000.00 | $0.00 | $0.00 |
| 14 | ADAM EZELL | $3,349.00 | $0.00 | $0.00 |
| 15 | JESSIE HAYDEN | $18,200.00 | $0.00 | $0.00 |
| 17 | INTERNAL REVENUE SERVICE | $1,456.15 | $0.00 | $0.00 |
| 18 | LEON HALL | $17,500.00 | $0.00 | $0.00 |
| 19 | MONROE SMITH | $100,000.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:　$0.00
Remaining balance:　$0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:　$0.00
Remaining balance:　$0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:　$0.00
Remaining balance:　$0.00