UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | Case No. 04-15295 |
|---|---|---|
| | § | |
| Genoa Trucking Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 8/10/2011, in Courtroom 744, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/19/2011            By: /s/ Horace Fox, Jr.
                                         (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST-Form 101-7-NFR (5/1/2011)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| In re: | § | Case No. 04-15295 |
|---|---|---|
| | § | |
| Genoa Trucking Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $12,626.80
*and approved disbursements of*     $39.94
*leaving a balance on hand of*[1]:     $12,586.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $12,586.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $2,012.26 | $0.00 | $2,012.26 |
| Mandell Menkes LLC, Attorney for Trustee Fees | $2,650.50 | $0.00 | $2,650.50 |
| Mandell Menkes LLC, Attorney for Trustee Expenses | $90.73 | $0.00 | $90.73 |
| Popowcer Katten, Ltd, Accountant for Trustee Fees | $2,257.50 | $0.00 | $2,257.50 |
| Popowcer Katten, Ltd., Accountant for Trustee Expenses | $5.50 | $0.00 | $5.50 |
| Other: SmithAmundsen LLC, Attorney for Trustee Fees | $3,150.00 | $0.00 | $3,150.00 |
| Other: SmithAmundsen LLC, Attorney for | $352.00 | $0.00 | $352.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST-Form 101-7-NFR (5/1/2011)

| Trustee Expenses | | | |
|---|---|---|---|

Total to be paid for chapter 7 administrative expenses: $10,518.49
Remaining balance: $2,068.37

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,068.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $56,345.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Payment | Interim Payments to Date |
|---|---|---|---|---|
| 3A | INTERNAL REVENUE SERVICE | $2,613.11 | $0.00 | $0.00 |
| 4 | CITY OF CHICAGO | $3,063.49 | $0.00 | $0.00 |
| 5 | CITY OF CHICAGO | $4,799.20 | $0.00 | $0.00 |
| 9A | HEALTH & WELFARE FUND OF THE EXCAVATING GRADING & | $19,957.40 | $0.00 | $0.00 |
| 10A | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION | $20,310.40 | $0.00 | $0.00 |
| 12 | WILLIE SMITH | $4,300.00 | $2,068.37 | $0.00 |
| 17A | INTERNAL REVENUE SERVICE | $1,302.27 | $0.00 | $0.00 |

Total to be paid to priority claims: $2,068.37
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $221,910.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid

UST-Form 101-7-NFR (5/1/2011)

in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | STEVE'S EQUIPMENT SERVICE INC | $6,510.02 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | $845.68 | $0.00 | $0.00 |
| 6 | HENRY ABERNATHY | $17,956.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO EQUIP FINANCE | $1,500.00 | $0.00 | $0.00 |
| 7A | WELLS FARGO EQUIP FINANCE | $17,000.00 | $0.00 | $0.00 |
| 9 | HEALTH & WELFARE FUND OF THE EXCAVA | $10,231.48 | $0.00 | $0.00 |
| 10 | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION | $4,062.08 | $0.00 | $0.00 |
| 11 | JANE SIZER | $4,300.00 | $0.00 | $0.00 |
| 13 | LEON HALL | $19,000.00 | $0.00 | $0.00 |
| 14 | ADAM EZELL | $3,349.00 | $0.00 | $0.00 |
| 15 | JESSIE HAYDEN | $18,200.00 | $0.00 | $0.00 |
| 17 | INTERNAL REVENUE SERVICE | $1,456.15 | $0.00 | $0.00 |
| 18 | LEON HALL | $17,500.00 | $0.00 | $0.00 |
| 19 | MONROE SMITH | $100,000.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST-Form 101-7-NFR (5/1/2011)

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
                      Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST-Form 101-7-NFR (5/1/2011)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 04-15295-ERW
Genoa Trucking Inc                                                  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley            Page 1 of 2           Date Rcvd: Jul 20, 2011
                              Form ID: pdf006         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2011.
```
db            +Genoa Trucking Inc,    17245 Dobson Avenue,    South Holland, IL 60473-3535
aty           +Bruce E de'Medici,    Belongia, Shapiro & Franklin, LLP,    20 S. Clark Street,    Suite 300,
                Chicago, IL 60603-1896
aty           +Ean L Kryska,    SmithAmundsen LLC,    150 N Michigan Ave Suite 3300,    Chicago, IL 60601-6004
aty           +William R Jackson,    William R Jackson & Associates,    1963 E 73rd Street,
                Chicago, IL 60649-2901
aty           +William S Hackney, III,    SmithAmundsen, LLC,    150 North Michigan Avenue,    Suite 3300,
                Chicago, IL 60601-6004
8230831       +59TH RACINE CURRENCY EXCHANGE,    5901 S RACINE,    CHICAGO, IL 60636-1915
8230822       +ANDRE SHELTON,    9148 S THROOP STREET,    CHICAGO, IL 60620-3544
9287790       +BARBARA MANNING,    12504 S WALLACE STREET,    CHICAGO, IL 60628-7130
8230819       +CENTER CAPITAL,    3 FARM GLEN BLVD,    FARMINGTON, CT 06032-1981
8015994       +CENTER CAPITAL,    ATTN AMY LEVY,    3 FARM GLEN BLVD,    FARMINGTON, CT 06032-1981
8230832       +CITY OF CHICAGO,    333 S State Street, Ste 540,    CHICAGO, IL 60604-3951
8131812       +Center Capital Corporation,    Dennis A Dressler ESq,    c/o Askounis & Borst PC,
                303 E Wacker Drive Ste 1000,    Chicago IL 60601-5216
8903942       +HEALTH & WELFARE FUND OF THE EXCAVATING GRADING &,     BAUM SIGMAN AUERBACH & NEUMAN LTD,
                200 W ADAMS STREET SUITE 2200,    CHICAGO, IL 60606-5231
8015997       +HENRY ABERNATHY,    12504 S WALLACE,    CHICAGO, IL 60628-7130
8230823       +HERBERT O'DANIEL,    5935 S CARPENTER STREET,    CHICAGO, IL 60621-1433
8297156      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: INTERNAL REVENUE SERVICE,     230 S DEARBORN,    STOP 5016 CHI,
                CHICAGO, IL 60604)
8230824       +IZAL CROUTHERS,    11749 S THROOP STREET,    CHICAGO, IL 60643-5124
8230825       +JANE SIZER,    15356 9TH AVENUE,    PHOENIX, IL 60426-2517
8230820       +JESSIE HAYDEN,    2133 15WETH AVENUE,    BROADVIEW, IL 60155-2028
8230826       +LEON HALL,    14414 S EGGLESTON,    RIVERDALE, IL 60827-2653
8904415       +LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION,     BAUM SIGMAN AUERBACH & NEUMAN LTD,
                200 W ADAMS STREET SUITE 2200,    CHICAGO, IL 60606-5231
8230833       +LOCAL UNION 731,    C/O SCOTT D PFEIFFER,    200 W ADAMS STREET,    CHICAGO, IL 60606-5208
8230827       +MARICO WALTON,    9031 S MACKINAW,    CHICAGO, IL 60617-4438
9287789       +MICHAEL SMITH,    12149 S EGGLESTON STREET,    CHICAGO, IL 60628-6305
8230828       +MICHAEL WELLS,    1056 W 104TH PLACE,    CHICAGO, IL 60643-3003
8015995       +MOBILE MINI,    COLLECTION DEPARTMENT,    7420 S KYRENE ROAD STE 101,    TEMPE, AZ 85283-4610
8230829       +MONROE SMITH,    17245 DOBSON AVENUE,    SOUTH HOLLANDS, IL 60473-3535
8127296        STEVE'S EQUIPMENT SERVICE INC,    SCOTT T CHASE NIGRO & WESTFALL,    1793 BLOOMINGTON ROAD,
                GLENDALE HEIGHTS, IL 60139
8015993       +WELLS FARGO EQUIP FINANCE,    C/O ANDREW D WAGNER,    355 S GRAND AVENUE 2900,
                LOS ANGELES, CA 90071-1514
8015996       +WILLIE C STACEY,    1700 E 156TH STREET,    DOLTON, IL 60419-3019
8230830       +WILLIE SMITH,    7131 S WOLCOTT,    CHICAGO, IL 60636-3712
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: HFOX@LEHMANFOX.COM Jul 21 2011 00:23:32      Horace Fox, JR,    Lehman & Fox,
                6 E Monroe St,    Chicago, IL 60603-2704
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Horace Fox, JR,    Lehman & Fox,    6 E Monroe St,    Chicago, IL 60603-2704
8230821      ##+ADAM EZELL,    1135 KESWICK VILLAGE COURTS,    CONYERS, GA 30013-6549
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Jul 20, 2011
                              Form ID: pdf006           Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2011**                              **Signature:** _Joseph Speetjens_