UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 04-15295 |
| | § | |
| Genoa Trucking Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $171,950.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $2,572.54 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $10,054.67 | | |

3)    Total gross receipts of $12,627.21 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $12,627.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $147,250.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $12,248.17 | $10,054.67 | $10,054.67 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $38,201.00 | $56,345.87 | $56,709.22 | $2,572.54 |
| General Unsecured Claims (from **Exhibit 7**) | $56,362.00 | $294,997.21 | $228,696.18 | $0.00 |
| **Total Disbursements** | $241,813.00 | $363,591.25 | $295,460.07 | $12,627.21 |

4). This case was originally filed under chapter 11 on 04/19/2004. The case was converted to one under Chapter 7 on 09/07/2004. The case was pending for 85 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2011                By:   /s/ Horace Fox, Jr.
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| accounts receivable | 1129-000 | $12,300.72 |
| Interest Asset | 1270-000 | $326.49 |
| **TOTAL GROSS RECEIPTS** | | $12,627.21 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Center Capital | 4210-000 | $45,000.00 | NA | $0.00 | $0.00 |
| | Mobile Mini, Inc. | 4210-000 | $2,250.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Equiptment Fin | 4210-000 | $32,000.00 | NA | $0.00 | $0.00 |
| | Westbrook Capital Incorporation Inc. | 4210-000 | $68,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $147,250.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,508.00 | $1,508.00 | $1,508.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $9.90 | $9.90 | $9.90 |
| International Sureties, LTD. | 2300-000 | NA | $20.61 | $20.61 | $20.61 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $9.43 | $9.43 | $9.43 |
| Mandell Menkes LLC, Attorney for Trustee | 3210-000 | NA | $4,000.00 | $3,500.00 | $3,500.00 |
| Smith Amundsen LLC, Attorney for Trustee | 3210-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| Mandell Menkes LLC, Attorney for Trustee | 3220-000 | NA | $352.00 | $352.00 | $352.00 |
| Smith Amundsen | 3220-000 | NA | $90.73 | $90.73 | $90.73 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| LLC, Attorney for Trustee | | | | | |
| Popowcer Katten, Ltd, Accountant for Trustee | 3410-000 | NA | $2,257.50 | $564.00 | $564.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,248.17 | $10,054.67 | $10,054.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | INTERNAL REVENUE SERVICE | 5800-000 | NA | $2,613.11 | $2,613.11 | $0.00 |
| 4 | CITY OF CHICAGO | 5800-000 | NA | $3,063.49 | $3,063.49 | $0.00 |
| 5 | CITY OF CHICAGO | 5800-000 | NA | $4,799.20 | $4,799.20 | $0.00 |
| 9A | HEALTH & WELFARE FUND OF THE EXCAVATING GRADING & | 5800-000 | NA | $19,957.40 | $19,957.40 | $0.00 |
| 10A | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION | 5800-000 | NA | $20,310.40 | $20,310.40 | $0.00 |
| 12 | WILLIE SMITH | 5300-000 | $3,000.00 | $4,300.00 | $4,300.00 | $1,655.42 |
| 17A | INTERNAL REVENUE SERVICE | 5800-000 | NA | $1,302.27 | $1,302.27 | $0.00 |
| | Adam Ezell | 5300-000 | $1,800.00 | NA | NA | $0.00 |
| | Andre Shelton | 5300-000 | $2,000.00 | NA | NA | $0.00 |
| | Henry Abernathy | 5300-000 | $1.00 | NA | NA | $0.00 |
| | Herbert O'Daniel | 5300-000 | $2,100.00 | NA | NA | $0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE State Withholding (Employee) | 5300-000 | NA | $0.00 | $0.00 | $77.18 |
| | ILLINOIS DEPT OF EMPLOYMENT SECURIT State Unemployment | 5800-000 | NA | NA | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| (Employer) | | | | | |
| Internal Revenue Service Federal Unemployment (Employer) | 5800-000 | NA | NA | $34.40 | $0.00 |
| INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | NA | $0.00 | $0.00 | $643.14 |
| INTERNAL REVENUE SERVICE Medicare (Employee) | 5300-000 | NA | $0.00 | $0.00 | $37.30 |
| Internal Revenue Service Medicare (Employer) | 5800-000 | NA | NA | $62.35 | $0.00 |
| INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | NA | $0.00 | $0.00 | $159.50 |
| Internal Revenue Service Social Security (Employer) | 5800-000 | NA | NA | $266.60 | $0.00 |
| Izal Crouthers | 5300-000 | $1,000.00 | NA | NA | $0.00 |
| Jane Sizer | 5300-000 | $4,300.00 | NA | NA | $0.00 |
| Jane Sizer | 5300-000 | $4,300.00 | NA | NA | $0.00 |
| Jessie Hayden | 5300-000 | $2,500.00 | NA | NA | $0.00 |
| Leon Hall | 5300-000 | $2,500.00 | NA | NA | $0.00 |
| Marico Walton | 5300-000 | $1,800.00 | NA | NA | $0.00 |
| Michael Wells | 5300-000 | $4,300.00 | NA | NA | $0.00 |
| Monroe Smith | 5300-000 | $4,300.00 | NA | NA | $0.00 |
| Willie Stacy | 5300-000 | $4,300.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $38,201.00 | $56,345.87 | $56,709.22 | $2,572.54 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | STEVE'S EQUIPMENT SERVICE INC | 7100-000 | NA | $6,510.02 | $6,510.02 | $0.00 |
| 2 | Center Capital Corporation | 7100-000 | NA | $48,345.03 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE | 7100-000 | NA | $845.68 | $845.68 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | SERVICE | | | | | |
| 6 | HENRY ABERNATHY | 7100-000 | NA | $17,956.00 | $17,956.00 | $0.00 |
| 7A | WELLS FARGO EQUIP FINANCE | 7100-000 | NA | $17,000.00 | $17,000.00 | $0.00 |
| 7 | WELLS FARGO EQUIP FINANCE | 7100-000 | NA | $1,500.00 | $1,500.00 | $0.00 |
| 8 | HENRY ABERNATHY | 7100-000 | NA | $17,956.00 | $0.00 | $0.00 |
| 9 | HEALTH & WELFARE FUND OF THE EXCAVA | 7100-000 | NA | $10,231.48 | $10,231.48 | $0.00 |
| 10 | LOCAL 731 IB OF T EXCAVATORS & PAVERS PENSION | 7100-000 | $44,000.00 | $4,062.08 | $4,062.08 | $0.00 |
| 11 | JANE SIZER | 7100-000 | NA | $4,300.00 | $4,300.00 | $0.00 |
| 13 | LEON HALL | 7100-000 | NA | $19,000.00 | $19,000.00 | $0.00 |
| 14 | ADAM EZELL | 7100-000 | NA | $3,349.00 | $3,349.00 | $0.00 |
| 15 | JESSIE HAYDEN | 7100-000 | NA | $18,200.00 | $18,200.00 | $0.00 |
| 16 | Herbert O'Daniel | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 17 | INTERNAL REVENUE SERVICE | 7100-000 | NA | $1,456.15 | $1,456.15 | $0.00 |
| 18 | LEON HALL | 7100-000 | NA | $17,500.00 | $17,500.00 | $0.00 |
| 19 | MONROE SMITH | 7100-000 | NA | $100,000.00 | $100,000.00 | $0.00 |
| | 59th Racine Currency Exchange | 7100-000 | $4,500.00 | NA | NA | $0.00 |
| | 59th Street Currency Exchange | 7100-000 | $0.00 | NA | NA | $0.00 |
| | City Of chicago | 7100-000 | $7,862.00 | NA | NA | $0.00 |
| | ILLINOIS STATE INCOME TAX State Withholding (Employee) | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Federal Unemployment (Employer) | 7100-000 | NA | $642.44 | $642.44 | $0.00 |
| | Internal Revenue Service Federal Withholding | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Internal Revenue Service Medicare (Employee) | | | | | |
| Internal Revenue Service Medicare (Employee) | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service Medicare (Employer) | 7100-000 | NA | $1,164.42 | $1,164.42 | $0.00 |
| Internal Revenue Service Social Security (Employee) | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service Social Security (Employer) | 7100-000 | NA | $4,978.91 | $4,978.91 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $56,362.00 | $294,997.21 | $228,696.18 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | | Date Filed (f) or Converted (c): | 09/07/2004 (c) |
| For the Period Ending: | 10/5/2011 | | | §341(a) Meeting Date: | 10/19/2004 |
| | | | | Claims Bar Date: | 04/12/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | checking account | $250.00 | $250.00 | DA | $0.00 | FA |
| 2 | accounts receivable | $145,000.00 | $145,000.00 | | $12,300.72 | FA |
| Asset Notes: | while case was a non operating chapter 11 the 6.23.04 court ordered the city of Chicago to pay: Westbrook, $92,000.00 instanter;$21575.06 to the debt05, instanter; Westbrook $5, 000.00 for transfer to the 59th & Wentworth Currency Exchange and upon its next disbursement $15,600.00 to Westbrook and $15,600.00 to debtor. The case was converted to a chapter 7 on 9.7.04 | | | | | |
| 3 | currency | $200.00 | $200.00 | DA | $0.00 | FA |
| 4 | 1977 Mack Truck | $7,000.00 | $7,000.00 | DA | $0.00 | FA |
| Asset Notes: | oned by debtor, stolen before conversion. | | | | | |
| 5 | 1981 Mack Dump truck | $8,000.00 | $8,000.00 | DA | $0.00 | FA |
| Asset Notes: | onwed by debtor, stolen before conversion. | | | | | |
| 6 | 1983 Mack dump truck | $7,500.00 | $7,500.00 | DA | $0.00 | FA |
| Asset Notes: | Manning testified it was destroyed during the ch 11. | | | | | |
| 7 | 1988 Mack dump truck | $10,000.00 | $10,000.00 | DA | $0.00 | FA |
| Asset Notes: | owned by debtor, stolen before conversion. | | | | | |
| 8 | 1989 Mack dump truck | $10,000.00 | $10,000.00 | DA | $0.00 | FA |
| Asset Notes: | Owned by Genoa. Said to have been stolen prior to ch 7. | | | | | |
| 9 | 1990 Mack dump truck | $8,000.00 | $8,000.00 | DA | $0.00 | FA |
| Asset Notes: | Onwed by debtor, stolen. | | | | | |
| 10 | 1993 Mack dump truck | $15,000.00 | $15,000.00 | DA | $0.00 | FA |
| Asset Notes: | Onwed by debtor stolen before conversion. | | | | | |
| 11 | 1995 Mack dump truck | $12,000.00 | $12,000.00 | DA | $0.00 | FA |
| Asset Notes: | owned by debtor, stolen before conversion. | | | | | |
| 12 | 2000 Peterbilt 379 truck | $50,000.00 | $5,000.00 | DA | $0.00 | FA |
| Asset Notes: | Center Capital financed the vehicle, later said to have been stolen fmv 50000. lien 45000. Creditor modified stay 5.25.04 | | | | | |
| 13 | 2000 Pit Boss dump trailer | $40,000.00 | $8,000.00 | DA | $0.00 | FA |
| Asset Notes: | in amended sch b, date stamped 6.21.04, the value of this asset was amended to 40,000.00 with a lien of 32,000. | | | | | |
| 14 | mobile storage unit | $4,000.00 | $1,750.00 | DA | $0.00 | FA |
| Asset Notes: | in an amended schedule b, file stamped 6.21.04 the mobile storage unit disappeared from sch. b. | | | | | |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $326.49 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 04-15295 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | Date Filed (f) or Converted (c): | 09/07/2004 (c) |
| For the Period Ending: | 10/5/2011 | | §341(a) Meeting Date: | 10/19/2004 |
| | | | Claims Bar Date: | 04/12/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**                                                                                                          **Gross Value of Remaining Assets**
                              $316,950.00           $237,700.00                                  $12,627.21                 $0.00

**Major Activities affecting case closing:**

Genoa Trucking was involved in the hired truck program. Debtor did work for several City department. We have served a subpoena on the City of Chicago, for receivables due debtor.

The owner of debtor has herself filed a bankruptcy. Collection continues. Contacted three City departments said to owe estate.

File motion to abandon remainder of assets, appoint accountant. Status continued to 7.23.08. Asked atty to prepare motion to abandon a/rs and vehicles.

Abandon the remainder of a/r and vehicles.

Status 9.17.08

Claim objections being prepared. No taxes needed. 9 objections being prepared.

File 9 claim objections. Status: 4.22.09.

Former driverJess Hayes, says he saw the vouchers for City of Chgo Water Dept., from 1/03 through 5/03 and they had not been submitted to the City. I have issued a subpoena to the City and gotten funds for which we had voucher numbers. Original vouchers destroyed in a flood of the Genoa office verified by this driver and B. Manning (former CEO).

Accountant hired, claims objections ruled on.

8.18.09 Signed and mailed tax waiver letters to IRS reminded accountant and attorney of request for their fee apps for filing with court at time final report submitted to UST.

Series of objections filed and ruled on. Motion to hire accountant filed. Final report submitted to UST.  5,20.10  Make corrections suggested by UST, pay taxing bodies that are owed funds attendant to payment of employee claims.

Bill Hacney and I  spoke.  Need to submit amended finalr report.5.9.11

Genoa Final report

| **Initial Projected Date Of Final Report (TFR):** | 02/01/2006 | **Current Projected Date Of Final Report (TFR):** | 02/28/2011 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-15295 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9757 | | Checking Acct #: | 1702041529501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/19/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $12,587.27 | | $12,587.27 |
| 08/26/2011 | | INTERNAL REVENUE SERVICE | Final  Dividend: 6.67; Amount Allowed: 1,403.95; | 5300-000 | | $839.94 | $11,747.33 |
| 08/26/2011 | 5001 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,508.00 | $10,239.33 |
| 08/26/2011 | 5002 | Popowcer Katten, Ltd | Final  Dividend: 4.48; Amount Allowed: 564.00; | 3410-000 | | $564.00 | $9,675.33 |
| 08/26/2011 | 5003 | Smith Amundsen LLC | Final  Dividend: 31.77; Amount Allowed: 4,000.00; | 3210-000 | | $4,000.00 | $5,675.33 |
| 08/26/2011 | 5004 | Smith Amundsen LLC | Final  Dividend: 0.72; Amount Allowed: 90.73; | 3220-000 | | $90.73 | $5,584.60 |
| 08/26/2011 | 5005 | Mandell Menkes LLC | Final  Dividend: 27.80; Amount Allowed: 3,500.00; | 3210-000 | | $3,500.00 | $2,084.60 |
| 08/26/2011 | 5006 | Mandell Menkes LLC | Final  Dividend: 2.79; Amount Allowed: 352.00; | 3220-000 | | $352.00 | $1,732.60 |
| 08/26/2011 | 5007 | WILLIE SMITH | Final  Claim #: 12; Dividend: 13.15; Amount Allowed: 4,300.00; | 5300-000 | | $1,655.42 | $77.18 |
| 08/26/2011 | 5008 | ILLINOIS DEPARTMENT OF REVENUE | Final  Dividend: 0.61; Amount Allowed: 129.00; | 5300-000 | | $77.18 | $0.00 |
| | | | **TOTALS:** | | $12,587.27 | $12,587.27 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $12,587.27 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $12,587.27 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $12,587.27 | |

| **For the period of  4/19/2004 to 10/5/2011** | | **For the entire history of the account between 07/25/2011 to 10/5/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $12,587.27 | Total Internal/Transfer Receipts: | $12,587.27 |
| | | | |
| Total Compensable Disbursements: | $12,587.27 | Total Compensable Disbursements: | $12,587.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,587.27 | Total Comp/Non Comp  Disbursements: | $12,587.27 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

| Case No. | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9757 | | | Money Market Acct #: | 3754418178 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Interest earning MMA Account |
| For Period Beginning: | 4/19/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2005 | (2) | CITY OF CHGO/ WATER DEPT | a/r from City of Chgo | 1121-000 | $9,000.72 | | $9,000.72 |
| 06/16/2005 | (2) | CITY OF CHGO | a/r from City of Chgo | 1121-000 | $3,300.00 | | $12,300.72 |
| 06/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $0.84 | | $12,301.56 |
| 07/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $2.60 | | $12,304.16 |
| 08/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.28 | | $12,310.44 |
| 09/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.07 | | $12,316.51 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.28 | | $12,322.79 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.08 | | $12,328.87 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.28 | | $12,335.15 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $6.29 | | $12,341.44 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.79 | | $12,350.23 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.49 | | $12,360.72 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $9.43 | $12,351.29 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.15 | | $12,361.44 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.51 | | $12,371.95 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.17 | | $12,382.12 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.52 | | $12,392.64 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.53 | | $12,403.17 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.18 | | $12,413.35 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.55 | | $12,423.90 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.21 | | $12,434.11 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.56 | | $12,444.67 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.57 | | $12,455.24 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $9.55 | | $12,464.79 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.59 | | $12,475.38 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $9.90 | $12,465.48 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.25 | | $12,475.73 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.60 | | $12,486.33 |
| | | | | SUBTOTALS | $12,505.66 | $19.33 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-15295 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9757 | Money Market Acct #: | 3754418178 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Interest earning MMA Account |
| For Period Beginning: | 4/19/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.26 | | $12,496.59 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.62 | | $12,507.21 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.62 | | $12,517.83 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $7.97 | | $12,525.80 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $7.98 | | $12,533.78 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $1.56 | | $12,535.34 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $12,535.34 | $0.00 |
| | | | TOTALS: | | $12,554.67 | $12,554.67 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $12,535.34 | |
| | | | Subtotal | | $12,554.67 | $19.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $12,554.67 | $19.33 | |

For the period of 4/19/2004 to 10/5/2011

| | |
|---|---|
| Total Compensable Receipts: | $12,554.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,554.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $19.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19.33 |
| Total Internal/Transfer Disbursements: | $12,535.34 |

For the entire history of the account between 06/16/2005 to 10/5/2011

| | |
|---|---|
| Total Compensable Receipts: | $12,554.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,554.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $19.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19.33 |
| Total Internal/Transfer Disbursements: | $12,535.34 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | | | Checking Acct #: | 7117045295 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/19/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # 8117045295 | Transfer For Bond Payment | 9999-000 | $11.48 | | $11.48 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $11.48 | $0.00 |
| 04/02/2009 | | Transfer From MMA # 8117045295 | Transfer For Bond Payment | 9999-000 | $9.13 | | $9.13 |
| 04/02/2009 | | Transfer From MMA # 8117045295 | Transfer For Bond Payment | 9999-000 | $9.13 | | $18.26 |
| 04/02/2009 | | Transfer To Acct#8117045295 | | 9999-000 | | $9.13 | $9.13 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.13 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($9.13) | $9.13 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.13 | $0.00 |
| | | | **TOTALS:** | | $29.74 | $29.74 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $29.74 | $9.13 | |
| | | | **Subtotal** | | $0.00 | $20.61 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $20.61 | |

| For the period of 4/19/2004 to 10/5/2011 | | For the entire history of the account between 03/31/2008 to 10/5/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $29.74 | Total Internal/Transfer Receipts: | $29.74 |
| | | | |
| Total Compensable Disbursements: | $20.61 | Total Compensable Disbursements: | $20.61 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.61 | Total Comp/Non Comp Disbursements: | $20.61 |
| Total Internal/Transfer Disbursements: | $9.13 | Total Internal/Transfer Disbursements: | $9.13 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-15295 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | | | Money Market Acct #: | 8117045295 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $12,535.34 | | $12,535.34 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $4.74 | | $12,540.08 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $6.39 | | $12,546.47 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $6.07 | | $12,552.54 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $4.97 | | $12,557.51 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $4.87 | | $12,562.38 |
| 04/02/2008 | | Transfer To  # 7117045295 | Transfer For Bond Payment | 9999-000 | | $11.48 | $12,550.90 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $4.12 | | $12,555.02 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.25 | | $12,559.27 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $4.12 | | $12,563.39 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.95 | | $12,567.34 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $3.19 | | $12,570.53 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $3.09 | | $12,573.62 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.44 | | $12,576.06 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.61 | | $12,577.67 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.34 | | $12,579.01 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.07 | | $12,580.08 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.97 | | $12,581.05 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.83 | | $12,581.88 |
| 04/02/2009 | | Transfer From  Acct#7117045295 | | 9999-000 | $9.13 | | $12,591.01 |
| 04/02/2009 | | Transfer To  # 7117045295 | Transfer For Bond Payment | 9999-000 | | $9.13 | $12,581.88 |
| 04/02/2009 | | Transfer To  # 7117045295 | Transfer For Bond Payment | 9999-000 | | $9.13 | $12,572.75 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.52 | | $12,573.27 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.53 | | $12,573.80 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.52 | | $12,574.32 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.53 | | $12,574.85 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.53 | | $12,575.38 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.52 | | $12,575.90 |
| | | | **SUBTOTALS** | | **$12,605.64** | **$29.74** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 04-15295 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | Money Market Acct #: | 8117045295 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.53 | | $12,576.43 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.52 | | $12,576.95 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.53 | | $12,577.48 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.53 | | $12,578.01 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.48 | | $12,578.49 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.53 | | $12,579.02 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.52 | | $12,579.54 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.53 | | $12,580.07 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.52 | | $12,580.59 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.53 | | $12,581.12 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.53 | | $12,581.65 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.52 | | $12,582.17 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.53 | | $12,582.70 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.52 | | $12,583.22 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.53 | | $12,583.75 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.53 | | $12,584.28 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.48 | | $12,584.76 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.53 | | $12,585.29 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.52 | | $12,585.81 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.53 | | $12,586.34 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.52 | | $12,586.86 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.41 | | $12,587.27 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $12,587.27 | $0.00 |

| | | | | SUBTOTALS | $11.37 | $12,587.27 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 04-15295 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | Money Market Acct #: | 8117045295 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $12,617.01 | $12,617.01 | $0.00 |
| | | | Less: Bank transfers/CDs | | $12,544.47 | $12,617.01 | |
| | | | Subtotal | | $72.54 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $72.54 | $0.00 | |

**For the period of 4/19/2004 to 10/5/2011**

| Total Compensable Receipts: | $72.54 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $72.54 |
| Total Internal/Transfer Receipts: | $12,544.47 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $12,617.01 |

**For the entire history of the account between 11/08/2007 to 10/5/2011**

| Total Compensable Receipts: | $72.54 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $72.54 |
| Total Internal/Transfer Receipts: | $12,544.47 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $12,617.01 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-15295 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GENOA TRUCKING INC. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9757 | Money Market Acct #: | 8117045295 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 4/19/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $12,627.21 | $12,627.21 | $0.00 |

**For the period of 4/19/2004 to 10/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $12,627.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,627.21 |
| Total Internal/Transfer Receipts: | $25,161.48 |
| | |
| Total Compensable Disbursements: | $12,627.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,627.21 |
| Total Internal/Transfer Disbursements: | $25,161.48 |

**For the entire history of the case between 09/07/2004 to 10/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $12,627.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,627.21 |
| Total Internal/Transfer Receipts: | $25,161.48 |
| | |
| Total Compensable Disbursements: | $12,627.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,627.21 |
| Total Internal/Transfer Disbursements: | $25,161.48 |